UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE MARRIAGE OF MARIA DE JESUS GARCIA AND WILFRIDO GARCIA<br><br>AND IN THE INTEREST OF MINOR CHILDREN | §<br>§<br>§<br>§   CIVIL ACTION NO. M-10-12<br>§<br>§<br>§<br>§ |

# **FINAL JUDGMENT**

The Court hereby **ORDERS** that its Order Granting Intervention Defendant Podhurst Orseck, P.A.'s Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(2) is final and immediately appealable. *See* FED. R. CIV. P. 54(b). This matter is ordered severed for purposes of appeal.

SO ORDERED this 14th day of October, 2011, at McAllen, Texas.

_____
Randy Crane
United States District Judge