UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF MARIA DE JESUS GARCIA AND WILFRIDO GARCIA | § § § § § § § § | CIVIL ACTION NO. M-10-12 |
| AND IN THE INTEREST OF MINOR CHILDREN | | |

## FINAL JUDGMENT

The Court hereby **ORDERS** that its Order Granting Intervention Defendant The Haggard Law Firm, P.A.'s Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(2) (Doc. 117) is final and immediately appealable.  *See* FED. R. CIV. P. 54(b).  This matter is ordered severed for purposes of appeal.

SO ORDERED this 14th day of October, 2011, at McAllen, Texas.

_____
Randy Crane
United States District Judge